# United States Court of Appeals
## For the First Circuit

No. 02-1181

CHARLES PALMER,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on May 30, 2003 is amended as follows:

Page 2, line 16: "Counts Two and Four" is deleted and replaced with "Counts One and Four."